This motion (Doc. No. 11) is **GRANTED**, *nunc pro tunc* as of November 5, 2025, the date the motion was filed.

*Eli Richardson*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DUSTIN L. TRUETT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cv-00653 |
| | ) | JUDGE RICHARDSON |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |

### UNITED STATES' THIRD MOTION FOR EXTENTION OF TIME TO FILE RESPONSE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully moves for a third, brief extension of time to file its response to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("Motion"). (Doc. 1.)

The Court initially ordered the United States to respond to Petitioner's Motion by September 4, 2025. (Doc. 5.) On September 4, 2025, the United States moved for a 30-day extension (Doc. 6) which the Court granted (Doc. 7.) On October 2, 2025, the United States moved for a second extension of time, which the Court granted, making the response due November 5, 2025. (Docs. 8, 9.)

While the response is substantially complete, the afternoon of the current filing deadline, the undersigned received information which needs to be incorporated into its response, and therefore requests two additional days in order to finalize the response. The United States therefore requests an extension to November 7, 2025 to file its Response.